ET Request



Name: Eddy Rivera
Address: 271 SW 113th Way, Pembroke Pines, Fl. 33025
Phone Number: (754)-237-8462

## Pro-SE Motion to Terminate Supervised Release

Case Number: 16-60015-CR-DIMITROULEAS

Judge: The Honorable William P. Dimitrouleas United States District
Judge, Miami, Florida

Date of Original Sentence:

On May 10, 2016, I was sentenced by The Honorable William P. Dimitrouleas United States District
Judge, Miami, Florida, to Fifty- seven (57) months custody of the Bureau of Prisons, followed by a five
(5) year term of supervised release for the offenses of Attempt to possess with intent to distribute five
kilograms or more of cocaine, 21 U.S.C. § 846..

Pursuant to 18 U.S.C. § 3583(e)(1), the Court may terminate a term of supervised release at any
time after the expiration of one year of supervised release, if it is satisfied that such action is
warranted by the conduct of the defendant released and the interest of justice.

My term of supervision began January 24, 2020 and is scheduled to terminate on January 23, 2025.

I am requesting early termination of supervised release Pursuant to 18 U.S.C. §§ 3583(e)(1) and 3564(c.

**Since the time of my release, I've been living with my wife of over 20 years and maintaining a
healthy relationship with both her and our children. I am employed and maintaining a good job,
paying my taxes, and have acquired health insurance. I have no violations of supervised release and
no positive UAs. I have not been in any trouble with the law. I am not, nor have I ever been a drug,
alcohol, or tobacco user. All monetary obligations have been met and all special conditions have
been completed. Prior to my arrest in 2016, my last offense was over 20 years ago. I would be
grateful to be granted early release. It would give me the opportunity to travel more to New York to
visit my mother and daughter, and potentially have a better job opportunity that would require me
to travel more often. I have full support from my friends and family, and I am truly sorry for my
bad decision I made in 2016. That decision impacted my life, and I disappointed many people. I
have been blessed and managed to put my life back together again at the age of 51. My assigned US
Probation Officer reports no objections to termination of supervised release. I hope you take these
things into consideration your Honor. Thank you.**

I respectfully request that this Honorable Court Grant this order for termination of supervised release.

Respectfully Submitted,

Eddy Rivera

271 SW 113th Way, Pembroke Pines, FL. 33025